**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6453**

---

MICHAEL A. WILLIAMS,

Plaintiff - Appellant,

versus

JERRY HANEY; WILLIAM S. HAINES, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CA-01-74-2)

---

Submitted: June 17, 2002                Decided: July 8, 2002

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael A. Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief without prejudice on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Haney</u>, No. CA-01-74-2 (N.D.W. Va. Feb. 25, 2002). We deny Williams' motions requesting Rule 44 inquiries and to stay this case. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>